UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVON DAVIES, | No. 2:14-cv-2831 CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. DELAVEGA, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  Plaintiff's second amended complaint is before the court for screening pursuant to 28 U.S.C. § 1915A(a).  Plaintiff has also filed a motion seeking permission to supplement his pleadings.  Under Local Rule 220, pleadings must be complete documents.  This being the case, plaintiff's motion to supplement will be denied.  Plaintiff will be given leave to file a third amended complaint in which plaintiff must include all information plaintiff wishes to present in his pleadings.  Plaintiff must also comply with the terms of the court's March 17, 2015 screening order.  If plaintiff does not file a third amended complaint within 30 days, this action will proceed on plaintiff's second amended complaint.  In the future, any motion for leave to supplement pleadings will be denied.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 1, 2015 request for leave to supplement his pleadings (ECF No. 34) is denied; and

2. Plaintiff is granted 30 days within which to file a third amended complaint which complies with the terms of this order and the court's March 17, 2015 screening order (ECF No. 25). If plaintiff does not file a third amended complaint within thirty days, this action will proceed on plaintiff's second amended complaint.

Dated: September 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
davi2831.sup