UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVON DAVIES, | No. 2:14-cv-2831 CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. DELAVEGA, et al., | |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, has filed a second motion asking that the court reconsider its March 8, 2016 screening order. Plaintiff has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

For the reasons stated in the court's April 14, 2016 order, IT IS HEREBY ORDERED that plaintiff's second motion for reconsideration (ECF No. 56) is denied.

Dated: November 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
davi2831.mfr(2)