| | |
|---|---|
| 1 | XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California |
| 2 | JON S. ALLIN, State Bar No. 155069<br>Supervising Deputy Attorney General |
| 3 | MAUREEN C. ONYEAGBAKO, State Bar No. 238419<br>Deputy Attorney General |
| 4 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 5 | Sacramento, CA 94244-2550<br>Telephone: (916) 322-7119 |
| 6 | Fax: (916) 324-5205<br>E-mail: Maureen.Onyeagbako@doj.ca.gov |
| 7 | *Attorneys for Defendant Crosson* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AVON DAVIES,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**M. DE LA VEGA, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 2:14-CV-2831 CKD (P)<br><br>**STIPULATION TO EXTEND TIME TO SERVE DISCOVERY RESPONSES; ORDER**<br><br>Judge:　　　Hon. Carolyn K. Delaney<br>Trial Date:　N/A<br>Action Filed: December 4, 2014 |

　　　　1.　Plaintiff Avon Davies and Defendant Dr. Crosson stipulate to extend the time for responding to the first set of written discovery requests by twenty-one days.

　　　　2.　On February 3, 2017, Dr. Crosson served his first set of Interrogatories and Requests for Production of Documents on Plaintiff. Plaintiff's deadline for serving responses by mail is March 23, 2017. (*See* Discovery and Scheduling Order 4:21-22, ECF No. 61, Dec. 29, 2016.)

　　　　3.　On February 5, 2017, Plaintiff served his first set of Interrogatories, Requests for Production of Documents, and Requests for Admissions on Dr. Crosson. Dr. Crosson's deadline for serving responses by mail is March 25, 2017. (*See id.*)

1

4. After each party served their written discovery requests but before the responses were due, Dr. Crosson changed counsel.

5. Dr. Crosson's new counsel has worked diligently to get up to speed on the case but needs additional time to investigate and complete Dr. Crosson's discovery responses.

6. On March 20, 2017, Plaintiff and Dr. Crosson's new attorney conferred and agreed to a twenty-one-day extension of time to respond to the aforementioned discovery requests. This extension gives Plaintiff until April 13, 2017 and Dr. Crosson until April 15, 2017, to respond to the first set of written discovery requests.

7. In order to accommodate the additional time for serving discovery responses, Plaintiff does not object to Dr. Crosson's anticipated motion to modify the Discovery and Scheduling Order to extend the deadlines for completing discovery, including motions to compel, and for filing pre-trial motions by forty-seven days.

SO STIPULATED.

Dated: March ___, 2017                    Respectfully submitted,

_____
AVON DAVIES (CDCR NO. J-42775)
*Plaintiff Pro Se*

Dated: March ___, 2017                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

_____
MAUREEN C. ONYEAGBAKO
Deputy Attorney General
*Attorneys for Defendant Crosson*

SA2017303566
32809104.doc

2

Stip. to Extend Time to Serve Disc. Resps.; [Proposed] Order (2:14-CV-2831 CKD (PC))

**ORDER**

In accordance with the parties' foregoing stipulation, and good cause appearing, the time for each party to respond to the first set of written discovery requests shall be extended by twenty-one days. Plaintiff shall have until April 13, 2017 and Dr. Crosson shall have until April 15, 2017, to serve their responses to the first set of written discovery requests. Discovery will close on May 14, 2017. All motions to compel must be filed by that date.

**IT IS SO ORDERED.**

Dated: March 27, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3

Stip. to Extend Time to Serve Disc. Resps.; [Proposed] Order (2:14-CV-2831 CKD (PC))