UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVON DAVIES, | No. 2:14-cv-2831 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. DELAVEGA, | |
| Defendant. | |

Plaintiff has filed a motion for extension of time to file objections to the findings and recommendations filed June 30, 2017.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 74) is granted; and

2. Plaintiff shall file objections to the pending findings and recommendations by August 11, 2017.

Dated: July 13, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
davi2831.36(2)