UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVON DAVIES, | No. 2:14-cv-2831 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. DELAVEGA, et al., | |
| Defendants. | |

On August 15, 2017, plaintiff filed objections to the magistrate's judge's recommendation that plaintiff's motion for a preliminary injunction be denied. In those objections, plaintiff also seeks reconsideration of several orders entered by the magistrate judge, the latest being entered June 30, 2017. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Accordingly, plaintiff's requests for reconsideration are all untimely and are thus DENIED.

IT IS SO ORDERED.

Dated: September 20, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE