UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVON DAVIES,<br><br>        Plaintiff,<br><br>    v.<br><br>M. DELAVEGA, et al.,<br><br>        Defendants. | No. 2:14-cv-2831 MCE CKD P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 12, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 12, 2018, (ECF No. 101) are ADOPTED in full;

2. All defendants and claims other than a claim arising under the Eighth Amendment against defendant Crosson are DISMISSED pursuant to 28 U.S.C. § 1915A;

3. Defendant Crosson's motion for summary judgment (ECF No. 73) is GRANTED;

4. Defendant Crosson is DISMISSED from this action; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 24, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE